# KATZMELINGER
280 MADISON AVENUE, SUITE 600
NEW YORK, NEW YORK 10016
www.katzmelinger.com

Nicola Ciliotta
Katz Melinger PLLC

o: 212.460.0047
f: 212.428.6811
nciliotta@katzmelinger.com

June 16, 2021

**VIA ECF**
Hon. John G. Koeltl
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 14A
New York, New York 10007

*Handwritten note:* Conference adjourned to 6/30/21 at 4:00 P.M. No further adjournments. So ordered. /s/ JGK 6/16/21, U.S.D.J.

Re:   *Jimenez et al. v. C C Vending, Inc. et al.*
      **Civil Action No. 21:1-cv-02688**

Your Honor:

    We are attorneys for the plaintiffs in the above-captioned matter and submit this letter with the consent of counsel for the defendants, who have not yet appeared in this action, to respectfully request an adjournment of the initial conference currently scheduled for June 16, 2021 at 3:00 p.m.

    During the past several weeks, our office has exchanged discovery and discussed settlement with counsel for the defendants in an effort to resolve this matter without the need for extensive litigation. The parties are hopeful that they can come to a settlement in principle in the coming weeks and respectfully request that the initial conference be adjourned *sine die* pending the submission of a status letter to the Court on or before July 15, 2021 advising the Court as to the status of the parties' settlement negotiations. This is the parties' second request to adjourn the initial conference, the first of which was granted.

    We thank the Court for its attention to this matter.

Respectfully submitted,

*/s/ Nicola Ciliotta*
Nicola Ciliotta

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 6-16-21