# KATZMELINGER

280 MADISON AVENUE, SUITE 600
NEW YORK, NEW YORK 10016
www.katzmelinger.com

Nicola Ciliotta
Katz Melinger PLLC

o: 212.460.0047
f: 212.428.6811
nciliotta@katzmelinger.com

June 28, 2021

**Via ECF**
Hon. John G. Koeltl
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 14A
New York, New York 10007

Re:   *Jimenez et al. v. C C Vending, Inc. et al.*
      **Civil Action No. 21-cv-02688**

Your Honor:

> *Application granted.*
> *Parties should submit the proposed settlement including any application for attorney's fees and supporting materials including the lodestar calculation by 7/16/21.*
> *SO ordered.*
> */s/ John G. Koeltl*
> *U.S.D.J.*
> *6/28/21*

Our office represents the plaintiffs in the above-captioned matter. We write to advise the Court that the parties have reached a settlement in principle of this action. The parties will endeavor to reduce the terms of their agreement to writing and to submit the proposed settlement agreement, along with a motion requesting approval of the agreement pursuant to *Cheeks v. Freeport Pancake House*, 796 F. 3d 199 (2d Cir. 2017), to the Court in the coming weeks.

As the parties have reached a settlement in principle, we respectfully request that all upcoming conferences in this matter, including the initial conference, currently scheduled for June 30, 2021 at 4:00 p.m., be adjourned pending the submission of the parties' settlement agreement to the Court.

We thank the Court for consideration in this matter.

Respectfully submitted,

*/s/ Nicola Ciliotta*
Nicola Ciliotta

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/28/2021