# KATZMELINGER

280 MADISON AVENUE, SUITE 600
NEW YORK, NEW YORK 10016
www.katzmelinger.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 7-13-21

Nicola Ciliotta
Katz Melinger PLLC

o: 212.460.0047
f: 212.428.6811
nciliotta@katzmelinger.com

July 13, 2021

**Via ECF**
Hon. John G. Koeltl
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 14A
New York, New York 10007

**APPLICATION GRANTED**
**SO ORDERED**

7/13/21

John G. Koeltl, U.S.D.J.

Re: *Jimenez et al. v. C C Vending, Inc. et al.*
**Civil Action No. 21-cv-02688**

Your Honor:

We are attorneys for the plaintiffs in the above-captioned matter, and write jointly with counsel for defendants to respectfully request a brief adjournment of the July 16, 2021 deadline to file a joint motion for judicial approval of the proposed settlement between the parties. This is the parties' first request for an extension of the deadline to file the joint motion and settlement agreement.

As the Court is aware, the parties have reached a settlement in this matter. The parties are in the process of reducing the terms of their proposed settlement to writing and will begin gathering signatures soon. The parties respectfully request that the deadline to file a joint motion for judicial approval of the proposed settlement agreement be adjourned by fourteen (14) days, to July 30, 2021.

We thank the Court for consideration in this matter.

Respectfully submitted,

*/s/ Nicola Ciliotta*
Nicola Ciliotta

Cc: Counsel for Defendants (via ECF)